```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/26/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDDIE COTTO,

                Plaintiff,

-against-

FEDERAL BUREAU OF PRISONS; USDOJ/FBOP; LINCON VITALE, Warden; ROBERT BEAUDOUIN, Doctor; N. REID, Case Manager; RIVERA, Unit Manager (11 South); ECKLEN, Unit Manager (7 North),

                Defendants.

20 Civ. 3011 (AT) (DCF)

**ORDER**

ANALISA TORRES, District Judge:

      On February 1, 2021, the Honorable Debra C. Freeman issued a Report and Recommendation (the "R&R"), recommending that Plaintiff's motions for "leniency," ECF No. 9, "conspiracy" "malicious prosecution" "false arrest" and "false imprisonment", ECF No. 13, and leave to file an amended complaint, ECF No. 19, be denied, and the action be dismissed without prejudice due to Plaintiff's failure to exhaust his administrative remedies. R&R, ECF No. 26. A copy of the R&R was mailed to Plaintiff *pro se* on February 3, 2021. *See* 2/3/2021 Docket Entry.

      Having received no objections to the R&R, the Court reviewed the R&R for clear error, and found none. *Santiago v. Colvin*, No. 12 Civ. 7052, 2014 WL 1092967, at *1 (S.D.N.Y. Mar. 17, 2014). The Court, therefore, ADOPTS the R&R in its entirety. Accordingly, Plaintiff's motions for leniency, ECF No. 9, conspiracy and other tort claims, ECF No. 13, and leave to file an amended complaint, ECF No. 19, are DENIED, and the action is DISMISSED without prejudice. *See Wisoff v. City of Schenectady*, 568 Fed. App'x 28, 30 n.2 (2d Cir. 2014).

      The Clerk of Court is directed to terminate the motions at ECF Nos. 9 and 13, and close the case. The Clerk of Court is further directed to mail a copy of this order to Plaintiff *pro se*.

      SO ORDERED.

Dated: February 26, 2021
      New York, New York

                                                ANALISA TORRES
                                               United States District Judge